252

Master Barbers Association of Chicago, et al.,
Appellees, v. Joseph Baiata et al.
Appeal of Tony Borino et al., Appellants.

Gen. No. 38,704.

Heard in second division, first district, at February term, 1936; opinion filed February 23, 1940. Harvey Young, for appellants; Bailey Samelow Stanton, for appellees. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. "Not to be published in full."